# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LYNNIE M. VELEZ-ORTIZ,

Plaintiff,

v.

DEL VALLE RODRIGUEZ LAW OFFICES P.S.C.,

Defendant.

CIVIL NO. 23-1220 (HRV)

## **JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal filed at Docket No. 57, judgment is hereby entered dismissing the Amended Complaint (Docket No. 36) with prejudice. Each party to bear their own cost.

**IT IS SO ORDERED, ADJUDGED and DECREED.**

In San Juan, Puerto Rico this 16th day of May, 2024.

S/Héctor L. Ramos-Vega
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE

1